UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR1454-JM |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING MOTION |
| | ) | HEARING [Docket No. 23] |
| v. | ) | |
| | ) | |
| MICHAEL ZUNIGA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the motion hearing/status hearing in the above-captioned case be continued from February 26, 2010 at 11:00 a.m., to *March 12, 2010 at 11:00 a.m.*

DATED: February 25, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge